**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC<br><br>                                Plaintiff,<br>      v.<br><br>YAHOO! INC.<br><br>                                Defendants. | C.A. No. 1:11-cv-00992-RGA |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on May 2, 2012, copies of: (1) **PLAINTIFF WALKER DIGITAL, LLC'S INITIAL DISCLOSURES** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL AND HAND DELIVERY**

Jack B. Blumenfeld
Rodger D. Smith II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com

**BY E-MAIL AND U.S. MAIL**

| | |
|---|---|
| Douglas E. Lumish<br>Jeffrey G. Homrig<br>Parker C. Ankrum<br>Kasowitz, Benson, Torres & Friedman LLP<br>101 California Street<br>Suite 2300 San Francisco, CA 94111<br>dlumish@kasowitz.com<br>jhomrig@kasowitz.com<br>pankrum@kasowitz.com | Patricia Young<br>Kasowitz, Benson, Torres & Friedman LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>pyoung@kasowitz.com |

| | |
|---|---|
| May 2, 2012 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Marc A. Fenster <br> RUSS, AUGUST & KABAT <br> 12424 Wilshire Boulevard, Twelfth Floor <br> Los Angeles, California 90025 <br> (310) 826-7474 <br> mfenster@raklaw.com | Stephen B. Brauerman (sb4952) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE  19899 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> (302) 655-5000 |
| | *Attorneys for Plaintiff Walker Digital, LLC* |