## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>                             Plaintiff,<br>      v.<br><br>YAHOO! INC.,<br><br>                             Defendant. | C.A. No. 11-992-RGA |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT YAHOO! INC.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Walker Digital, LLC, and defendant Yahoo! Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims and counterclaims between Walker Digital, LLC and Yahoo! Inc. in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (No. 922) | Jack B. Blumenfeld (No. 1014) |
| Stephen B. Brauerman (No. 4952) | Rodger D. Smith II (No. 3208) |
| 222 Delaware Avenue, Suite 900 | Michael J. Flynn (No. 5333) |
| P.O. Box 25130 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 655-5000 | Wilmington, DE 19899 |
| rkirk@bayardlaw.com | (302) 658-9200 |
| sbrauerman@bayardlaw.com | jblumenfeld@mnat.com |
| | rsmith@mnat.com |
| | mflynn@mnat.com |
| *Attorneys for Plaintiff Walker Digital, LLC* | *Attorneys for Defendant Yahoo! Inc.* |

July 25, 2012

**IT IS SO ORDERED** this _____ day of _____, 2012.

                                              _____
                                                  United States District Judge